IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2025 OCT 21 PM 2:52
OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CALAN WEISGERBER,

Defendant.

4:25CR3089

INDICTMENT

21 U.S.C. §§ 841(a)(1), (b)(1)(A)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 2315
21 U.S.C. § 853

The Grand Jury charges that

## COUNT I

On or about August 6, 2025, in the District of Nebraska, defendant CALAN WEISGERBER, did knowingly and intentionally possess with the intent to distribute fifty grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT II

On or about August 6, 2025, in the District of Nebraska and elsewhere, defendant CALAN WEISGERBER, did knowingly use and carry a firearm, to wit: a gold and silver Colt .45 handgun, during and in relation to, and did knowingly possess such firearm in furtherance of, a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, that is, the offense(s) described in Count I.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

1

## COUNT III

Beginning on a date unknown but at least from on or about August 3, 2025 through August 8, 2025, in the District of Nebraska, the defendant, CALAN WEISGERBER, did receive, possess, conceal, store, barter, sell, and dispose of certain goods, wares, or merchandise, to wit a red 2023 Yanmar UTV, of a value of $5,000 or more which had crossed a state boundary after being stolen, to wit said item being stolen on or about May 14, 2025 in Ottumwa, Iowa and subsequently brought into the State of Nebraska, knowing the same to have been stolen.

In violation of Title 18, United States Code, Section 2315.

## FORFEITURE

Upon conviction of the controlled substance offenses alleged in Count I of this Indictment, defendant CALAN WEISGERBER shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property, constituting or derived from any proceeds they obtained directly or indirectly as a result of said violation, and any and all property used or intended to be used, in any manner or part, to commit and to facilitate the commission of the violations alleged in Count I of this Indictment. Such property includes, but is not limited to:

A) $7,090 in U.S. Currency seized on August 6, 2025.

B) A gold and silver Colt .45 handgun seized on August 6, 2025.

If any of the property described above, as a result of any act or omission of CALAN WEISGERBER: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

In violation of Title 21, United States Code, Section 853.

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
Danielle Flam, #25658
Assistant U.S. Attorney